# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-3108**                                      **September Term, 2022**

**1:22-cr-00015-APM-7**

**Filed On: August 11, 2023** [2012192]

United States of America,

        Appellee

    v.

Joseph Hackett,

        Appellant

------------------------------

Consolidated with 23-3092

## **O R D E R**

    Upon consideration of trial counsel's response to the court's order filed July 11, 2023, it is

    **ORDERED**, on the court's own motion, that this case be referred to the Office of the Federal Public Defender for the appointment of counsel.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

            BY:    /s/
                    Scott H. Atchue
                    Deputy Clerk