# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3108**                                                **September Term, 2023**

**1:22-cr-00015-APM-7**

**Filed On: January 18, 2024** [2036263]

United States of America,

        Appellee

     v.

Joseph Hackett,

        Appellant

------------------------------

Consolidated with 23-3092

## O R D E R

The notice of appeal was filed on July 6, 2023, and docketed in this court on July 11, 2023. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs, and appellant is being represented on appeal by the Federal Defenders of San Diego, Inc. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | February 2, 2024 |
| Entry of Appearance Form | February 2, 2024 |
| Transcript Status Report | February 2, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-3108**                    **September Term, 2023**

The Clerk is directed to transmit a copy of this order to trial counsel, Angela Halim. Trial Counsel is directed to transmit all papers in her possession, including any transcripts prepared under the Criminal Justice Act, to appellate counsel as promptly as possible.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:    /s/
        Scott H. Atchue
        Deputy Clerk

The following forms and notices are available on the Court's website:

    Criminal Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form